Richard A. Pick, plaintiff, v. Martin Heyman, defendant in error. State Mutual Life Assurance Company of Worcester, Massachusetts, garnishee, plaintiff in error. Gen. No. 30,397.

Action upon notes. Judgment against defendant and garnishee. Appeal by garnishee. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 16, 1926.

Cutting, Moore & Sidley, for plaintiff in error; William D. Bangs and James F. Oates, Jr., of counsel. John Pauling Brown, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Louis Bernstein, plaintiff in error. Gen. No. 30,435.

Prosecution for pandering. Conviction and sentence. Error to the Municipal Court of Chicago; the Hon. Herbert G. Immenhausen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Crowe & Kolb, for plaintiff in error; William L. Kelley, of counsel. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.

---

S. R. Ruby, plaintiff in error, v. Anakin Lock & Alarm Company, defendant in error. Gen. No. 30,239.

Assumpsit to recover back sums paid under contract. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Slottow & Leviton, for plaintiff in error; Charles Leviton, of counsel. Frederick A. Brown, for defendant in error; William G. Worthey, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Clara M. Waltasti, administratrix of the estate of Clara E. Waltasti, deceased, appellant, v. McAvoy Company, appellee. Gen. No. 30,312.

Action for wrongful death due to alleged attractive nuisance. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 16, 1926.

Moses, Kennedy, Stein & Bachrach, for appellant; Hirsch E. Soble, of counsel. Winston, Strawn & Shaw, for appellee; Charles J. McFadden and Edward G. Ince, of counsel.

Mr. Justice Gridley delivered the opinion of the court.